Penny JOHNSON, Plaintiff–Appellant,

v.

**LAW OFFICES OF SHAPIRO & BRUNSON, LLP, Defendant– Appellee,**

**and**

**GMAC Mortgage LLC; USAA Federal Savings Bank, Defendants.**

**No. 11–1551.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 13, 2011.

Decided: Sept. 15, 2011.

Penny Johnson, Appellant Pro Se. Michael Anthony Coogen, Jr., Shapiro & Brunson, Fairfax, Virginia; Eric Frechtel, Bradley Arant Boult Cummings LLP, Washington, D.C., for Appellees.

Before AGEE and DAVIS, Circuit Judges.*

* This opinion is filed by a quorum of the panel

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Penny Johnson seeks to appeal the district court's order granting certain Defendants' motion to dismiss. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. .54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Johnson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*